# United States Court of Appeals
# For the First Circuit

_____

Nos. 01-1693, 01-1694


MINERVA QUINTANA-RUIZ, ON HER OWN BEHALF AND IN REPRESENTATION OF
HER MINOR DAUGHTER, INES M. REYES-QUINTANA,
Plaintiff, Appellee, Cross-Appellant,


v.


HYUNDAI MOTOR CORPORATION,
Defendant, Appellant, Cross-Appellee.


_____

**ERRATA SHEET**

The opinion of this court, issued August 27, 2002, should be amended as follows:

Page 23, line 15: replace "design" with "performance"